IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  1:06-cv-246-MEF |
| | ) | WO |
| EUGENE PRESTON, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Objection to Dismissal (Doc. #12) filed on April

24, 2006, it is hereby

ORDERED that Plaintiff's objection is overruled and the relief requested is DENIED..

DONE this the 25th day of April, 2006.


/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE